# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-125 | MAGIS. NO: |
| V. <br><br> CHARLES JUDES DORIUS <br><br> DOB:   PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> Vava Pierre <br><br> FILED <br> JUN 0 6 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:  Indictment | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING,

HOSTAGE TAKING

IN VIOLATION OF:
UNITED STATES CODE TITLE & SECTION:
18:1203(a) & 18:1203(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE KAY | DATE ISSUED: <br> 5/12/06 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 5/12/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5-12-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-6-06 | Sean McLeod | Sean McLeod |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |