CO-526
(12/86)

**FILED**

JUL 27 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA    NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal No. 06-125-2
                            )
    Vava Pierre             )
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
        Defendant

_____
    Counsel for defendant

I consent:

_____
United States Attorney (Thomas Swanton for Joheanne Himelstein)

Approved:

_____
            Judge

7/27/06