IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
         v.                         )        CRIMINAL NO. RBW 06-125
                                    )
                                    )
VAVA PIERRE                         )
_____ )

**DEFENDANT'S EX PARTE MOTION FOR MEDICAL ATTENTION**

*COMES NOW* Vava Pierre through undersigned counsel, and respectfully requests this Court order Mr. Pierre be treated for his severe intestinal pain to include needed surgery.  The following is in support of said request:

1. On March 24, 2006, Mr. Pierre was arrested in Haiti for the kidnapping/hostage incident underlying the charges in this case.

2. Mr. Pierre was subsequently turned over to American law enforcement and brought to this country to stand trial on the conspiracy to commit hostage taking charge.

3. Prior to his arrest, Mr. Pierre was scheduled to undergo surgery on March 28, 2006, in Haiti.  Due to his arrest he was unable to undergo the operation.

4. Mr. Pierre suffers severe abdominal pain and requests the needed surgery he was supposed to undergo in Haiti.  The medications given to him at the jail have not helped alleviate his pain or symptoms.  He believes the cause of problems relates to a prior surgery during which his intestines were punctured.

5. To date, he has been seen by medical staff at the DC jail.  Upon information and belief, he was advised that he should undergo surgery but there has been limited follow up.

6. Mr. Pierre requests the Court assist him in this matter and order his medical situation be addressed immediately.

**WHEREFORE**, for the above reasons, as well as any others the court deems relevant, the Defendant respectfully moves this Court grant his request for immediate medical attention to address his agonizing abdominal pain and order the surgery he needs.

Respectfully submitted,

Elita C. Amato, Esq.
DC Bar # 442797
1211 Conn. Ave., N.W., Suite 400
Washington, D.C.  20036
(202) 223-3210
Counsel for Vava Pierre