IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                     )
                                                     )
UNITED STATES OF AMERICA  )
                                                     )
                                                     )
            v.                                     )    CRIMINAL NO. RBW 06-125
                                                     )
                                                     )
VAVA PIERRE                              )
_____)

### ORDER

Upon consideration of Vava Pierre's Ex Parte Motion For Medical Attention, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Vava Pierre's motion is granted; and it is further

**ORDERED** that he be seen immediately by a physician and that he receive the necessary medical treatment including surgery.

**SO ORDERED**.

Date:

_____
REGGIE B. WALTON
CHIEF JUDGE
UNITED STATES DISTRICT COURT