IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) | CRIMINAL NO. RBW 06-125 |
| VAVA PIERRE | ) ) ) ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

*COMES NOW* Vava Pierre through undersigned counsel, and the government, who joins this motion through government counsel, and respectfully requests this Honorable Court continue the sentencing hearing currently scheduled for November 13, 2006, to a date agreeable to all parties after December 1, 2006.  The following is in support of this motion:

1. On July 27, 2006, Mr. Vava Pierre along with his co-defendant Charles Dorius pled guilty in this case.

2. During the plea hearing, sentencing was scheduled for November 13, 2006.

3. On or about November 5, 2006, Charles Dorius filed a motion to continue sentencing (document 18).[1]

4. Recently, with the disclosure of the revised pre-sentence report an issue developed which the government and the defendant seek to resolve prior to sentencing.

5. The government left a voice mail message with undersigned counsel, stating their intent and interest in resolving the issue and the need for a joint continuance in this matter.

---

[1] Undersigned counsel, thought it appropriate for both defendants to be sentenced on the same day and intended initially to file a motion to join the co-defendant's motion on that basis.

2

**WHEREFORE**, for the above reasons, as well as any others the court deems relevant, the parties respectfully move this Court jointly, to grant a continuance of the sentencing hearing to a date agreeable to all parties after December 1, 2006.

Respectfully submitted,

Elita C. Amato, Esq.
DC Bar # 442797
1211 Conn. Ave., N.W., Suite 400
Washington, D.C.  20036
(202) 223-3210
Counsel for Vava Pierre

**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on November 8, 2006, causing service electronically on all parties in this case.

_____
**Elita C. Amato, Esq.**