**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
                                              )
UNITED STATES OF AMERICA      )
                                              )
                                              )
       v.                                    )         CRIMINAL NO. RBW 06-125
                                              )
                                              )
VAVA PIERRE                          )
_____)


**ORDER**

Upon consideration of the Joint Motion to Continue Sentencing, it is this

_____ day of _____, 2006, hereby

      **ORDERED** that the Joint Motion to Continue Sentencing is granted; and

it is further

      **ORDERED** that the sentencing currently scheduled for November 13,

2006, be continued to a date agreeable to all parties, after December 1, 2006,

      **SO ORDERED**.


Date:

                                            _____
                                            REGGIE B. WALTON
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT