IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. RBW 06-125
)
VAVA PIERRE )

## ORDER

Upon consideration of the Joint Motion to Continue Sentencing, it is this 8th day of November, 2006, hereby

**ORDERED** that the Joint Motion to Continue Sentencing is granted; and it is further

**ORDERED** that the sentencing currently scheduled for November 13, 2006, be continued to a date agreeable to all parties, after December 1, 2006,

**SO ORDERED.**

Date: November 8, 2006

_____
REGGIE B. WALTON
CHIEF JUDGE
UNITED STATES DISTRICT COURT