UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06 CR-125-02</u> |
| vs. | : | SSN: <u>none</u> |
| Vava Pierre | : | Disclosure Date: <u>October 11, 2006</u> |

**FILED**
MAR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                   _____
**Prosecuting Attorney**                                                     **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Pierre /by YPA_  10-24-06                                   _[signature]_
**Defendant**           **Date**                              **Defense Counsel**
                                                              **Date**  10-24-06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 25, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

# ELITA C. AMATO
### Attorney at Law
---

1211 Conn. Ave., N.W., Suite 400
Washington, D.C. 20036
(202) 223-3210
(202) 223-3211 (fax.)

LICENSED IN DC, MD & PA

Amato@Shafferbockanto.com

---

October 24, 2006

Ms. Renee Moses-Gregory
United States Probation Officer
Washington, D.C.

    re:    *United States v. Vava Pierre*
             *Crim. No. 06-125-02*

Dear Ms. Moses-Gregory:

The following are corrections and additions to the preliminary pre-sentence investigation report. There may be additional corrections and additions to the personal information contained in your report, once I confer with Mr. Pierre.

**Prosecuting attorney:** there are two prosecuting attorneys in this case, Ms. Julieanne Himelstein and DOJ attorney Thomas Swanton.


**Release Status:**     I have no information that Mr. Pierre was ever formally extradited to the United States. I do not believe there is even an extradition treaty between the United States and Haiti. My information is that Mr. Pierre was turned over by Haitian officials to United States law enforcement.


**PART A. THE OFFENSE**


        <u>Role Assessment</u>

Paragraph # 15
I was not provided any information from the government or any other source "that Pierre appears to have orchestrated the kidnapping..."etc. No evidence has been provided to me to substantiate such allegations. The discovery provided to me does not suggest such a

finding, nor was it ever considered or discussed that such a position would be taken by the government.[1]

### Offense Level Computation

Paragraph # 23:
Mr. Pierre objects to the increase of two levels for adjustment for role in the offense, see above.

Paragraph # 26:
Mr. Pierre objects to the two level adjustment for role and thus disagrees that the total offense level should include such increase.

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

Paragraph # 34:
Please update your last sentence with the following: The defendant has sought to contact family members through correspondence to advise them of his current legal situation in this country. However, to date, he is not sure if his family and friends have received his correspondence as he has not received any mail back from them.

Paragraph # 37:
Again, please change the reference to Mr. Pierre having been extradited from Haiti to the United States. He never went through any formal legal process that he is aware of to be transferred over from Haitian officials to American officials. Likewise, the government has not provided any extradition documents and terms of extradition if that is the process that occurred.

## PART D: SENTENCING OPTIONS

### Custody

Paragraph # 52:
**Guideline Provisions:** Again, there is an objection to the two level upward adjustment for role being used to increase Mr. Pierre's sentence.

### Impact of Plea Agreement

---

[1] The government has already responded to the preliminary pre-sentence report and likewise is not asking for such an upward adjustment for role.

2

Paragraph #53:
Mr. Pierre makes a continuing objection to any reference in the report indicating that he should receive an aggravated role adjustment.

Thank you for your consideration. Please call me if you have any questions.

Sincerely,

Elita C. Amato

cc: Julieanne Himelstein/Thomas Swanton

3

# ELITA C. AMATO
### Attorney at Law

1211 Conn. Ave., N.W., Suite 400
Washington, D.C. 20036
(202) 223-3210
(202) 223-3211 (fax.)

LICENSED IN DC, MD & PA

Amato@Shafferbockanto.com

October 31, 2006

Ms. Renee Moses-Gregory
United States Probation Officer
Washington, D.C.

re: *United States v. Vava Pierre*
*Crim. No. 06-125-02*

Dear Ms. Moses-Gregory:

The following are corrections and additions to the preliminary pre-sentence investigation report. There may be additional corrections and additions to the personal information contained in your report, once I confer with Mr. Pierre.

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

Paragraph # 33:
In 1988, the defendant's father passed away. In 1994, the defendant's mother died.

Paragraph #34:
Besides writing letters to his family, Mr. Pierre has recently been able to telephone some family members in Haiti from the D.C. jail.

Paragraph # 36:
Micheleian Pierre is three years old.

Sincerely,

Elita C. Amato

cc: Julieanne Himelstein/Thomas Swanton